IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| *In re Ex Parte* Application of<br><br>MOUSSY SALEM,<br><br>Applicant,<br><br>FOR AN ORDER TO TAKE DISCOVERY PURSUANT TO 28 U.S.C. § 1782 FROM SAUL SUTTON | **Civil Action No. 24-289** |

## ORDER GRANTING APPLICATION FOR JUDICIAL ASSISTANCE PURSUANT TO 28 U.S.C. § 1782

**THIS CAUSE** came before the Court upon the *ex parte* Application of Moussy Salem ("Applicant") for an Order to Take Discovery Pursuant to 28 U.S.C. § 1782 in Aid of a Foreign Proceeding (the "Application"), which seeks documentary evidence from Saul Sutton ("Sutton") for use in judicial proceedings before the High Court of Justice, Business & Property Courts of England and Wales, Business List (ChD).

The Court, having considered the Application and supporting memorandum, and otherwise being fully advised in the premises:

**IT IS HEREBY ORDERED** that:

1. Applicant's Application is **GRANTED**.

2. Applicant is authorized to take discovery from Sutton by issuing a subpoena for the production of documents in the form attached to Applicant's Application.

3. Sutton is hereby directed to respond to the subpoena within twenty eight (28) days of service of the subpoena and in conformance with the Federal Rules of Civil

    Procedure and the Local Rules of the United States District Court for the District of New Jersey.

4. Applicant is authorized to issue additional subpoenas for the production of documents and/or depositions as reasonably appropriate.

5. Sutton shall preserve documents, electronic or otherwise, and evidence in his possession, custody or control that contain information potentially relevant to the subject matter of the foreign proceeding at issue in the Application.

**SO ORDERED** on this 8th day of August 2024,

_____
MICHAEL A. SHIPP
UNITED STATES MAGISTRATE JUDGE